IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY O'KEEFE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV29 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT SOLDO, JAY MURPHY, JEFFREY RUTAN, ROB SANDERSFELD, CITY OF BEATRICE, and GAGE COUNTY, NEBRASKA, | ) ) ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. The Motion for Extension of Time to Move or Answer Plaintiff's Complaint filed by defendant Jeffrey Rutan (Filing No. 23) is granted; the Motion for Extension of Time to File Responsive Pleading filed by defendant Gage County, Nebraska, (Filing No. 25) is granted; and these defendants' responsive pleadings shall be filed on or before August 5, 2016;

2. The Motion to Strike (Filing No. 28) filed by defendants City of Beatrice, Robert Soldo, and Jay Murphy is granted; Filing No. 26 is hereby stricken as erroneously filed; and Filing No. 27 is deemed the operative and pending Motion to Dismiss & Motion for a More Definite Statement filed by defendants City of Beatrice, Robert Soldo, and Jay Murphy; and

3. The Clerk of Court shall set a pro se case management deadline as follows: August 8, 2016: check for responsive pleadings by defendants Rutan and Gage County and consider progression order.

DATED this 7th day of July, 2016.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge