IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY O'KEEFE,<br><br>                    Plaintiff,<br><br>       vs.<br><br>ROBERT SOLDO, JAY MURPHY, JEFFREY RUTAN, ROB SANDERSFELD, AND CITY OF BEATRICE,<br><br>                    Defendants. | **8:16CV29**<br><br>**AMENDED PROGRESSION ORDER** |

This matter is before the court on Plaintiff's unopposed motion for a six month continuance of all progression deadlines in this case. (Filing No. 38). Having found good cause shown, the motion is granted.

Accordingly,

IT IS ORDERED that the progression order is amended as follows:

1.      All depositions, whether or not they are intended to be used at trial, shall be completed by **July 31, 2017**. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served on or before **May 22, 2017.**

2.      All motions to amend the pleadings shall be filed on or before **July 3, 2017**. The parties must comply with the provisions of NECivR 15.1 when moving to amend the pleadings.

3. Motions to compel discovery shall be filed on or before **August 14, 2017**. The parties must comply with the provisions of NECivR 7.1(i) before filing a motion to compel.

4. Dispositive Motions. All dispositive motions shall be filed on or before **August 28, 2017**. The parties must comply with the provisions of NECivR 7.1 and NECivR 56.1 when filing summary judgment motions.

5. Pretrial Conference.

   a. Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR 16.2(a)(2). The plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order. The Order should be submitted to the plaintiff and to any other parties by **October 30, 2017**. The plaintiff shall provide additions and/or proposed deletions to Defense counsel by **November 13, 2017.** Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **November 27, 2017**. If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

   b. The Final Pretrial Conference will be held before the Magistrate Judge on **December 5, 2017, at 10 a.m.** Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

   c. If a plaintiff is held in an institution, the pretrial conference will be by telephone. In that case, Defense counsel shall contact the plaintiff's institution in advance and arrange to initiate and place the conference call.

3

3. The trial date will be set by the Magistrate Judge at the time of the Final Pretrial Conference.

4. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: Pretrial conference before Magistrate Judge Cheryl Zwart to be held on December 5, 2017.

Dated this 23rd day of November, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge